PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tameko Watson    Cr.: 01-000570-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 06/24/03

Original Offense: Making False Statements, Mail Fraud, Engaging in Monetary Transactions

Original Sentence: 15 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: 10/08/04

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Leslie M. Vargas
   U.S. Probation Officer
Date: 09/27/07

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - Approval for case to expire as scheduled.

10/3/07

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge