CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:YH)

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF NEW JERSEY*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. DENNIS M. CAVANAUGH** |
| *Plaintiff,* | **CRIMINAL No.  01-570** |
| v. | **APPLICATION AND ORDER** |
| **TAMEKO WATSON,** | **FOR WRIT OF GARNISHMENT** |
| *Defendant,* | |
| and | |
| **UNITED STATES MARSHALS SERVICE,** **and its successors or assigns,** | |
| *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Tameko Watson, social security number *******2974, whose last known address is Newark, NJ 07103 in the above cited action in the amount of $390,980.58, plus interest at the rate of 1.070% per annum and penalties.

The total balance due and owing as of October 1, 2008 is $410,363.66.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 1, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Tameko Watson has a substantial non-exempt interest.  More specifically, the Garnishee is a federal agency which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Tameko Watson **(02-FBI-000320 - seizure 3510-02-F-0011)**.

The name and address of the Garnishee or his authorized agent is:

> Attn: Anthony Reid, Deputy U.S. Marshal
> United States Marshals Service for the District of New Jersey
> Martin Luther King Jr. Federal Building & Courthouse
> 50 Walnut Street, 2nd Floor
> Newark, NJ 07102

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> CHRISTOPHER J. CHRISTIE
> United States Attorney
>
> By:   LEAH A. BYNON
>       Assistant U.S. Attorney

**IT IS**, on this ___ day of ___, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

> HON. DENNIS M. CAVANAUGH, JUDGE
> UNITED STATES DISTRICT COURT