PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-2736
LAB0321

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAMEKO WATSON, <br><br> Defendant, <br><br> and <br><br> UNITED STATES MARSHALS SERVICE, <br> and its successors or assigns, <br><br> Garnishee. | Hon. Dennis M. Cavanaugh <br><br> CRIMINAL No. 01-570 <br><br> **CERTIFICATION OF SERVICE OF DOCUMENTS** |

The United States of America, the judgment creditor herein, hereby certifies that on the date set forth below the following documents were served on the defendant at their last known address/employment by the United States Marshals Service:

1. Copy of Application For Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Notice of Garnishment and Instructions For Objecting to the Answer.

Date Served: <u>January 16, 2010</u>

The United States of America further certifies that on the date set forth below the following documents were served on the Garnishee by express mail:

1. Copy of Application for Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Answer of Garnishee and accompanying instructions.

Date Served: February 3, 2010

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: Yolanda Hickman
FINANCIAL SPECIALIST
(973)645-2912

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. Dennis M. Cavanaugh |
| Plaintiff, | |
| v. | CRIMINAL No. 01-570 |
| **TAMEKO WATSON,** | **GARNISHEE ORDER** |
| Defendant, | |
| and | |
| **UNITED STATES MARSHALS SERVICE,** **and its successors or assigns,** | |
| Garnishee. | |

      An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, seized assets taken from defendant.

-2-

IT IS ORDERED that the garnishee pay the sum of $6,050.00 (cash) of the defendant's seized assets so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: 3/17/10

_____
DENNIS M. CAVANAUGH, JUDGE
UNITED STATES DISTRICT COURT

-2-